JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 2:22-cv-05423-AB-AS | Date: | October 21, 2022 |
|---|---|---|---|

| Title: | *Rickey Louis Alford v. R. Jenkins et al.* |
|---|---|

| Present: The Honorable | **ANDRÉ BIROTTE JR., United States District Judge** |
|---|---|

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**   [In Chambers] ORDER DISMISSING ACTION WITHOUT PREJUDICE

Plaintiff has not filed an amended Complaint as instructed in the Court's Order (Dkt. No. 4), within the deadline set therein. Therefore, as stated in that Order, this case is **DISMISSED** without prejudice.

**IT IS SO ORDERED**.